**RECEIVED**

HP

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MAY 2 4 2011 *mβ*

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**FILED**

9/6/2011
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

_Aaron Lee_

(enter above the full name
of the plaintiff or plaintiffs in
this action)

11CV3486
**JUDGE FEINERMAN**
**MAGISTRATE FINNEGAN**

vs.

_THE Chicago Police Department_

Case No:_____
(To be supplied by the Clerk of this Court)

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

CHECK ONE ONLY:

✓        COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
         U.S. Code (state, county, or municipal defendants)

_____  COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
         28 SECTION 1331 U.S. Code (federal defendants)

_____  OTHER (cite statute, if known)

_BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY._

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.  Name of case and docket number: _11 C 1877_

B.  Approximate date of filing lawsuit: _3-2011_

C.  List all plaintiffs (if you had co-plaintiffs), including any aliases: _Aaron Lee_

D.  List all defendants: _Cook County Sheriff Department_

E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _Cook County_

F.  Name of judge to whom case was assigned: _Judge Ruben Castillo_

G.  Basic claim made: _Personal Injury_

H.  Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Still Pending_

I.  Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On September 8th 2009 (Tuesday) at approximately 6 PM, I was Tackled, Strangled to the floor, Handcuffed, Threatened, Arrested and Falsely Accused of a Crime, As I entered my Apartment Located 4747 S. King Drive Apartment #1204, with An Associate Name Lavell Jones. I was Tackled and Arrested By Officers Robert Stegmiller-star #18764, Sean Brandon-star #18866, Kerry Pozulp-star #17342, Darryl Hardy-star #16834 and, Jose Lopez-star # 809 of the Chicago Police Department. I'm currently Incarcerated at the Cook County Department of Corrections and Has been As of the above date. Sincerely

Aaron Lee
#20090060422
March 12th 2011

4

**V.   Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I'm Requesting for Assistance from the Courts for Civil, Punitive, and or Compensatory Damages.

**VI.**   The plaintiff demands that the case be tried by a jury.  ☒ YES   ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _12_ day of _MARCH_, 20 _11_

_Aaron Lee_
(Signature of plaintiff or plaintiffs)

_AARON LEE_
(Print name)

_20090060422_
(I.D. Number)

_2700 S. California_
_Chicago, Illinois 60608_  _P.O. Box 089002_
(Address)

6