AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

Aaron Lee                    **JUDGMENT IN A CIVIL CASE**

       v.                         Case Number: 11 C 3486

Officer Robert Stegmiller, et al.

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Judgment is entered against Plaintiff and in favor of Defendants. The case is dismissed. The dismissal is without prejudice, meaning that this is not a dismissal on the merits.

                                        Thomas G. Bruton, Clerk of Court

Date: 5/17/2012                    _____
                                        /s/ Jackie Deanes, Deputy Clerk